### HUDSON agt. DANIEL

Capt<sup>n</sup> William Hudson plaint. ag<sup>t</sup> John Daniel of Milton Defend<sup>t</sup> in an action of the case for the s<sup>d</sup> Daniel his breach of the covenant Indenture or lease bearing date .27 of march. 1675. by his illegall or unnecessary deserting the s<sup>d</sup> Farme mentioned in the aboves<sup>d</sup> Covenant or Lease and leaving the houseing utensils house hold Stuffe cattle & Stock that were unto him Leased by the s<sup>d</sup> Hudson belonging unto the s<sup>d</sup> Farme as per Jnventory & otherwaies shall appeare unto the liberty of any person to steale or take them illegally away or by fire spoyle & ruin them which is done or otherwaies detained from the plaintife by the s<sup>d</sup> Daniel or by his defect in forsaking the s<sup>d</sup> Farme hee taking no care nor effectually indeavouring or useing any meanes for the aboves<sup>d</sup> goods and stock, nor having made Satisfaction neither for houseing Stock or rent thereof lost; whereby the plaintife is damnified at the least to the value of Four hundred pounds in mony & other due damages according to attachm<sup>t</sup> dat<sup>d</sup> 9<sup>br</sup> 3<sup>d</sup> 1676. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court, allow<sup>d</sup> ten Shillings & ten pence.

Execution issued March. 5th 1676/7.

### BELCHER ag<sup>t</sup> Brantery Select men

Joseph Belcher plaint. on replevin ag<sup>t</sup> the Select men of Brantery Defend<sup>ts</sup> A question in this case being depending in the Generall Court for resolution: The Court dismis't the action.

### CLARKE agt. YALE

Majo<sup>r</sup> Thomas Clarke plaint. ag<sup>t</sup> David Yale Defend<sup>t</sup> This action was continued untill the next County Court.

